UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

WILLIAM F. ADAMS,

                Plaintiff,

**Hon. Hugh B. Scott**

13CV435A

          v.

**Order**

BUFFALO PUBLIC SCHOOLS aka
BUFFALO PUBLIC SCHOOL DISTRICT, and
PATRICK FISHER, Individually,

                Defendants.

This Order amends one portion of the Order (Docket No. 46) concerning the parties' motions to seal relative to a discovery dispute surrounding a certain agreement between defendants.

After ordering production of the USA/CEC agreement for plaintiff and counsel's eyes only (id. at 13), this Court found that the motion by defendant Fisher to seal that USA/CEC agreement did not include that agreement (id. at 17). This is in error. After Fisher's counsel identified the USA/CEC among the papers submitted for filing under seal (a single page document entitled "Custodial Engineer Contract" that looks more like a price list for services than an actual contract, this Court found that agreement (see Docket No. 35, Def. Fisher Motion to Seal, ex.).

As a result the last paragraph of page 17[1] of Docket No. 46 is **deleted** from the Order.

So Ordered.

/s/ Hugh B. Scott
Hon. Hugh B. Scott
United States Magistrate Judge

Dated: Buffalo, New York
July 15, 2014

---

[1] "This Court also notes that the USA/CEC **was never filed with this Court (under seal or otherwise)** (cf. Docket No. 35). A review of the docket reveals only the two CBAs were filed with the Court. Nevertheless, this Court proceeded to decide this motion without viewing this key document."